UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>OREN'S HUMMUS EXPRESS LLC,<br><br>        Defendant. | Case No. 21-cv-06164-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 14, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 21, 2022**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: February 4, 2022

_____
Richard Seeborg
Chief United States District Judge